**Order entered October 16, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00210-CV

### IN THE INTEREST OF A.A.E. AND J.O.E., CHILDREN

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-53528-2014**

## ORDER

Before the Court is appellee's September 12, 2018 motion for extension of time to file brief. In light of our order of that same date, we **DENY** the motion as moot.

/s/    ADA BROWN
         JUSTICE